IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Franklin, Antonio | Case Number: 06 B 13786 |
| | Judge: Squires, John H |
| Printed: 4/1/08 | Filed: 10/26/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: February 20, 2008
Confirmed: February 7, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 990.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 939.18 |
| Trustee Fee: | | 50.82 |
| Other Funds: | | 0.00 |
| Totals: | 990.00 | 990.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,500.00 | 939.18 |
| 2. | Internal Revenue Service | Priority | 3,176.77 | 0.00 |
| 3. | Internal Revenue Service | Unsecured | 34.01 | 0.00 |
| 4. | Asset Acceptance | Unsecured | 69.49 | 0.00 |
| 5. | Credit Protection Association | Unsecured | | No Claim Filed |
| 6. | City of Harvey | Unsecured | | No Claim Filed |
| 7. | Encore | Unsecured | | No Claim Filed |
| 8. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 9. | City of Harvey | Unsecured | | No Claim Filed |
| 10. | Dependon Collections Service | Unsecured | | No Claim Filed |
| | | | $ 5,780.27 | $ 939.18 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 21.12 |
| 5.4% | 29.70 |
| | $ 50.82 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Franklin, Antonio

Printed: 4/1/08

Case Number: 06 B 13786
Judge: Squires, John H
Filed: 10/26/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

